No. 75                February 7, 2024                591

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of B. W.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

B. W.,
*Appellant.*

Marion County Circuit Court
23CC02857; A181440

Amy M. Queen, Judge.

Submitted January 5, 2024.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, Powers, Judge, and Hellman, Judge.

ORTEGA, P. J.

Reversed.

**ORTEGA, P. J.**

Appellant appeals a judgment committing her to the Oregon Health Authority for a period of time not to exceed 180 days, as well as an order prohibiting her from purchasing or possessing firearms, based on findings that she was mentally ill and was a danger to herself or others. Appellant seeks reversal of the judgment and order because the trial court failed to advise her of the nature of the proceedings and her rights as required by ORS 426.100(1). The state concedes that the judgment and order should be reversed because the court plainly erred in that regard. *See State v. M. L. R.*, 256 Or App 566, 570, 303 P3d 954 (2013) (a trial court's failure to advise a person of rights as required by ORS 426.100(1) constitutes plain error that this court will exercise discretion to correct). We agree with and accept the state's concession. For the reasons set forth in *M. L. R.*, we exercise our discretion to correct the error.

Reversed.